TERRY MAXEY AND SONDRA MAXEY v. GREAT ATLANTIC
AND PACIFIC TEA COMPANY, ET AL.

December 19, 1988.

Leave to appeal granted, and it is further

ORDERED that the motion for summary reversal of the order of the Superior Court, Law Division, is granted.

Jurisdiction is not retained.